| Fill in this information to identify the case: | |
|---|---|
| Debtor name    Association Health Care Management, Inc. | |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** | |
| Case number    19-<br>(if known) | ☐ Check if this is an amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Insurety Capital, LLC<br>600 Brickell Ave., Suite 1900<br>Miami, FL 33131 | Robert Gray, CEO<br>305-921-2801 | Secured Loan | Contingent<br>Unliquidated<br>Disputed | | | 21,761,251.89 * |
| 2 | Agentra Healthcare Solutions<br>4201 Spring Valley Rd., Suite 1500<br>Dallas, TX 75244 | Billing Dept.<br>800-656-2204<br>billing@agentra.com | Benefits | Disputed | | | $2,800,000.00 |
| 3 | FCAWMA<br>10878 Westheimer Rd.<br>Houston, TX 77042 | Hany Ahmed<br>832-741-3392<br>hanyahmed@gmail.com | Working Capital | | | | $132,000.00 |
| 4 | American Express<br>PO Box 650448<br>Houston, TX 75265 | Customer Service<br>800-472-9297 | Credit Card | | | | $50,000.00 |
| 5 | Mike Rabie<br>1723 Parklake Village Dr.<br>Katy, TX 77450 | Mike Rabie<br>832-860-2020<br>mrabieusa@gmail.com | Consulting | | | | $45,000.00 |

*The Debtor believes that Insurety Capital, LLC is fully secured.

Debtor     **Association Health Care Management, Inc.**             Case number (if known) **19-**
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Zenith Real Estate<br>PO Box 42146<br>Houston, TX 77242-2146 | Mike<br>713-784-1592<br>invoices@zenithrealestate.com | Rent | | | | $30,000.00 |
| 7  CyberX Group LLC - 212 Connect<br>1677 E Miles Ave., Bldg. 2<br>Hayden, ID 83835 | Troy Van Zile<br>615-785-3112<br>troy@212connect.com | IT Support, billing | | | | $30,000.00 |
| 8  James Wise CPA<br>12345 Jones Rd., Suite 185<br>Houston, TX 77070 | James Wise<br>281-820-1560<br>jawise@jameswisecpa.com | Accounting Services | | | | $22,000.00 |
| 9  Level 3 Communication<br>PO Box 910182<br>Denver, CO 80291-0182 | Rick Brackeen<br>877-453-8353 | Telephone Service | | | | $20,000.00 |
| 10 Assured Benefits Administration<br>PO Box 679145<br>Dallas, TX 75267-9145 | Derrek Breeden<br>800-247-7114<br>billing@abadmin.com | Health Insurance | | | | $20,000.00 |
| 11 Capital One, N.A.<br>PO Box 60024<br>New Orleans, LA 70160 | Customer Service<br>866-772-4497 | Credit Card | | | | $15,000.00 |
| 12 Neopost USA, Inc.<br>Dept. 3689<br>PO Box 123689<br>Dallas, TX 75312-3689 | Customer Service<br>800-636-7678 | Postage Machine | | | | $4,000.00 |
| 13 Dell<br>PO Box 731381<br>Dallas, TX 75373-1381 | Customer Service<br>877-663-3355 | Computer Supplies | | | | $2,500.00 |

Debtor  **Association Health Care Management, Inc.**   Case number (if known) **19-**
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | BlueCross BlueShield of Texas<br>PO Box 731428<br>Dallas, TX 75373-1428 | Customer Service<br>855-346-2014<br>group_accounts_outbound@bcbstx | Health Insurance | | | | $2,500.00 |
| 15 | Voicetext.com<br>3706 Speedway<br>Austin, TX 78705 | Accounting<br>800-326-3020<br>accounting@voicetext.com | Call Center Support | | | | $1,500.00 |
| 16 | VeriTrust Corporation<br>7804 Fairview Rd., Suite 153<br>Charolotte, NC 28226 | Customer Service<br>713-263-9000<br>support@veritrust.net | Shredding | | | | $1,500.00 |
| 17 | NxSource<br>3654 Dumbarton St.<br>Houston, TX 77025 | Customer Service<br>713-666-2005<br>Sales@nxsource.net | Call Center Support | | | | $1,500.00 |
| 18 | Iron Mountain<br>PO Box 915004<br>Dallas, TX 75391-5004 | Customer Service<br>888-365-4766<br>CSATeam@ironmountain.com | Storage and Shredding | | | | $1,500.00 |
| 19 | Lone Star Coffee<br>PO Box 691634<br>Houston, TX 77269-1634 | Customer Service<br>832-912-1325<br>sales@lonestarcoffeellc.com | Office Supplies | | | | $1,000.00 |
| 20 | Comcast<br>PO Box 660618<br>Dallas, TX 75266-0618 | Customer Service<br>800-391-3000 | Internet | | | | $500.00 |

**Fill in this information to identify the case and this filing:**

Debtor Name: **Association Health Care Management, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **19-**

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ A Summary of Assets and Liabilities for Non-Individuals (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/14/2019
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

**Landon Jordan**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

Official Form B202  Declaration Under Penalty of Perjury for Non-Individual Debtors